■ ERIE COUNTY MEDICAL CENTER CORPORATION, Respondent, v COUNTY OF ERIE, Appellant. [836 NYS2d 468]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered April 27, 2006. The order, among other things, granted plaintiff's motion for partial summary judgment on the issue of liability on certain causes of action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Gorski, J.P., Martoche, Centra, Fahey and Peradotto, JJ.